AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| SUMAN KAUR | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-00619-AYS |
| SHELLPOINT MORTGAGE SERVICING AND MAKING COMMUNITIES SHINE (MCS) | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shellpoint Mortgage Servicing, 425 Phillips Blvd., Ewing Township, NJ 08618
Making Communities Shine (MCS), 350 Highland Drive, Lewisville, TX 75067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Erica T. Yitzhak, Esq.
The Yitzhak Law Group
1 Linden Place, Ste. 406
Great Neck, NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/4/2025

*Sandra Felgueiras*
*Signature of Clerk or Deputy Clerk*